**STATE of Missouri, Respondent,**

v.

**Tarrell Michael SHIELDS, Appellant.**

**No. WD 72971.**

Missouri Court of Appeals,
Western District.

March 20, 2012.

Erika R. Eliason, for Appellant.

Robert J. Bartholomew, for Respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge Presiding, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

***ORDER***

PER CURIAM:

Tarrell Shields appeals from his conviction on one count of receiving stolen property, § 570.080. No jurisprudential purpose would be served by a formal, published opinion; however, a memoran-

dum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).